94-2266.  Erie Ins. Co. v. Kiser.  *Ashland County*, Nos. CA–1078 and CA–1070.  This cause is pending before the court as a discretionary appeal and as a claimed appeal of right.  Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective December 2, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, December 7, 1994*

### MERIT DOCKET

94-2223.  State ex rel. Chester v. Steiner.  In Mandamus.  On motion for summary judgment. *Sua sponte,* cause dismissed.
A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.
MOYER, C.J., would grant the motion for summary judgment.

94-2232.  State ex rel. Sherrills v. Eighth Dist. Court of Appeals.  In Procedendo.  *Sua sponte,* cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94-2240.  Walton v. Ghee.  In Mandamus.  On answer of respondent.  Answer treated as motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94-2257.  State ex rel. Rhea v. DeWeese.  In Procedendo.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94-2294.  State ex rel. Penix v. Judges of the Fourth Dist. Court of Appeals.  In Procedendo.  On answer of respondent.  Answer treated as motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94-2314.  Carpenter v. Smilanick.  In Mandamus.  *Sua sponte,* cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94-2344.  State ex rel. Hill v. Ohio Dept. of Corr.  In Mandamus.  On answer of respondent. Answer treated as motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94-2345.  State ex rel. Henry v. Ohio Dept. of Corr.  In Mandamus.  On answer of respondent. Answer treated as motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.